Hunt v. Suthers et al                                                                    Doc. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 07 - CV - 00342 BNB

FEB 1 6 2007

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DALE ALLEN HUNT, #107707,

    Applicant,

v.

JOHN SUTHERS, Attorney General, State of Co., and
JOE ORTIZ / Director, Colorado Dept. Of Corrections,

    Respondents.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION**

---

Applicant Dale Allen Hunt has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted application is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

Dockets.Justia.com

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 16th day of February, 2007.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **07 - CV - 00342**

Dale Allen Hunt
Prisoner No. 107707
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215- 0999

I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $5.00 filing fee** to the above-named individuals on _2-16-07_

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk