IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00342-ZLW

DALE ALLEN HUNT,

      Applicant,

v.

JOHN SUTHERS, Attorney General, State of CO., and
JOE ORTIZ, Director Colorado Dept. of Corrections,

      Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Weinshienk, Senior Judge

      Applicant has filed a notice of appeal from this court's final order denying Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this  21  day of           March          , 2007.

                                        BY THE COURT:

                                        *[signature]*

                                        ZITA L. WEINSHIENK, Senior Judge
                                        United States District Court